PROB 12B  
(SD/FL 1/21)

SD/FL PACTS No. 1804821

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.: 9:15-CR-80114-AHS

### Request for Modifying the Conditions or Term of Supervision
### With Consent of the Offender
(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: Timothy Clancy

Name of Sentencing Judicial Officer: The Honorable Daniel T.K. Hurley, Senior, United States District Judge, West Palm Beach, Florida

Name of Reassigned Judicial Officer: The Honorable Raag Singhal, United States District Judge, Fort Lauderdale, Florida

Date of Original Sentence: March 2, 2016

Original Offense:   Count 1: Mail Fraud, in violation of 18 U.S.C.§ 1341, a class C felony.

Original Sentence:   78 months custody of the Bureau of Prisons. Followed by 3 years Supervised Release. The defendant was ordered to pay $100.00 Special Assessment Fee and restitution in the amount of $2,945,807.50. Special conditions include: 1) Credit Card Restriction, 2) Employment Requirement, 3) Financial Disclosure Requirement, 4) Mental Health Treatment, 5) No New Debt Restriction, 6) Permissible Search, 7) Related Concern Restriction, 8) Self-Employment Restriction, 8) Substance Abuse Treatment, and 9) Treatment for Gambling.

Type of Supervision: Supervised Release    Date Supervision Commenced: September 4, 2020

### PETITIONING THE COURT

☐  To extend the term of supervision for _____ years, for a total term of _____ years.  
☒  To modify the conditions of supervision as follows:

The defendant shall pay restitution at the rate of $250.00 per month, until such time as the court may alter that payment schedule in the interest of justice. The U.S. Probation Office and U.S. Attorney's Office shall monitor the payment of restitution and report to the court any material change in the defendant's ability to pay.

### CAUSE

The defendant was ordered to pay restitution in the sum of $2,945,807.50. The defendant began making payments of $50.00 per month upon his release and began paying $200.00 per month in February 2021 and paid an extra $140.00 when he received his $1400.00 Stimulus Check. A financial investigation was conducted to determine what amount the defendant

could afford to pay monthly. The defendant reported the household income and expenses on a monthly basis. The information was compared to the documentation provided by the defendant, and the expenses were adjusted accordingly. Based on this information, it was determined that the defendant will be able to pay $250.00 per month toward restitution.

The defendant was presented with this information and concurred with our assessment. She voluntarily signed the enclosed *Waiver of Hearing to Modify Conditions of Supervised Release*, thus establishing restitution at $250.00 per month, which commenced in June 2021.

**RECOMMENDATION:**

As such, it is respectfully recommended Your Honor modify the conditions of supervised release allowing the defendant to pay restitution at the rate of $250.00 per month.

Respectfully submitted,

by: *Danielle Caron*

Danielle Caron
United States Probation Officer
Office: 561-804-6884
Cellular: 786-261-1431
Date: July 13, 2021

---

THE COURT ORDERS:

☐ No Action
☒ The Modification of Conditions as Noted Above
☐ Submit a Request for ☐ Warrant or ☐ Summons

_____
Signature of Judicial Officer

Date: 3 August 2021