**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 15-80114-CR-SINGHAL**

**UNITED STATES OF AMERICA**

**v.**

**TIMOTHY R. CLANCY,**

**Defendant.**
_____/

**GOVERNMENT'S MOTION FOR EXTENSION OF TIME TO RESPOND**

The United States of America, by and through the undersigned Assistant United States Attorney, respectfully submits this motion for extension of time to respond to Defendant Timothy R. CLANCY's *pro se* motion for early termination of supervised release (DE 38). The government requests additional time to respond to July 12, 2022.

In support of this motion, the undersigned states the following:

On June 14, 2022, the defendant filed his pro se motion for early termination of supervised release, and this Court ordered the government to respond by June 29, 2022 (DE 40).  The underlying case involved mail fraud, in which the defendant, in his capacity as an investment fund manager, executed a scheme to divert and use investor funds for himself. *See* DE 13, pp. 2-3. There are 22 identified victims in the case all of whom are still owed restitution. *See e.g.* Pre-Sentence Investigation Report ¶¶ 23, 92. Pursuant to the Crime Victims' Rights Act, the undersigned—who is not the original prosecutor assigned to this case—sent letters informing the victims of the defendant's motion on June 22, 2022.  Title 18, United States Code, Section 3771.

1

The government now requests two additional weeks to respond to the defendant's motion, in order to give the victims adequate time to contact the government if they have questions or concerns.

Because the defendant filed his motion *pro se*, the government has not obtained his position on this motion.

## CONCLUSION

Wherefore, the Government respectfully requests that the Court grant this motion and extend the government's time to respond to July 12, 2022.

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

By:     s/Susan R. Osborne
        SUSAN R. OSBORNE
        ASSISTANT UNITED STATES ATTORNEY
        Court No. A5500797
        500 S. Australian Avenue, Suite 400
        West Palm Beach, FL 33401
        susan.osborne@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2022, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, and caused a copy to be mailed to Timothy Clancy, 701 Olive Avenue, Apt #905, West Palm Beach, FL 33401.

s/ Susan R. Osborne
Susan R. Osborne
Assistant United States Attorney